THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MILES, Appellant.— No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.